AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 03, 2023**

SEAN F. McAVOY, CLERK

GIDEON T.

*Plaintiff*

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

*Defendant*

Civil Action No. 4:21-cv-5135-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED.
Pursuant to the Order at ECF No. 18, the decision of the Administrative Law Judge is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits.
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA  on Cross Summary-Judgment Motions.

Date: 3/3/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza